CLYDE O. THOMAS and B. THOMAS, *Plaintiffs in Error*, v. JOHN W. MARTIN, Governor of the State of Florida, for the use and benefit of IRENE C. THOMAS, *Defendant in Error.*

En Banc.

Opinion filed March 19, 1930.

Writ of error reinstated April 1, 1930.

*L. L. Campbell* and *Zack Douglas,* for Plaintiffs in
Error;

No appearance for Defendant in Error.

DAVIS, Commissioner:

One Clyde O. Thomas was taken into custody by the
sheriff under and by virtue of a writ of *ne exeat* which
was issued out of the circuit court of Alachua County in
chancery in a suit therein pending. He was afterwards
released upon giving bond with B. Thomas as surety, pay-
able to the Governor of the State of Florida, and his suc-
cessors in office and conditioned that he, the said Clyde
O. Thomas, would not depart from the State of Florida,
during the pendency of the said suit without leave of the
circuit court.

An action was brought by the defendant in error against
the said principal and surety, charging a breach of the
condition of said bond. The defendant, B. Thomas, filed
pleas to the declaration and the cause went to trial upon
such pleas, which trial resulted in a verdict for the de-
fendant in error and a judgment was rendered against
Clyde O. Thomas and B. Thomas on the 13th day of June,
1928. On the 10th of August, 1928, a writ of error was
taken at the instance of B. Thomas. This writ of error
does not appear to have been recorded as required by Sec-

610

tion 4624, Comp. Gen. Laws of Florida 1927, and there has been no appearance here by or for the defendant in error. This Court is therefore without jurisdiction of the defendant in error. Stone v. State ex rel. Lipscomb, 68 Fla. 248, 67 So. R. 163; McJunkins v. Stevens, 88 Fla. 559, 102 So. R. 756. The certificate of the clerk purporting to authenticate the transcript of the record is effective.

The writ of error must be and is hereby dismissed.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered and ordered by the Court that the writ of error in this cause should be, and the same is hereby, dismissed.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM, BROWN AND BUFORD, J. J., concur.